**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:   REWERTS, BARBARA ANNE | Chapter 7 |
| Debtor(s) | Case No. 18-81556 |
| | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason K. Nielson
Geraci Law LLC
55 E. Monroe Street, Suite 3400
Chicago, IL  60603
ndil@geracilaw.com

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

/s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report - Certificate of Service.wpd

Capital One Bank (USA) N.A.
PO Box 71083
Charlotte, NC  28272-1083

Cornerstone Community
Attn:  Bankruptcy Dept.
414 61st Street
Des Moines, IA  50312

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC  29603-0368

TD Bank, USA
by American InfoSource as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Synchrony Bank
% PRA Receivables Management LLC
PO Box 41021
Norfolk, VA  23541

Synchrony Bank
% Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA  98121

Barbara Rewerts
N63 W5819 Columbia Road
Cedarburg, WI 53012